UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Dobie McDevitt

                         Plaintiff,

v.                                                Case No.: 4:13–cv–00683
                                                    Judge Keith P Ellison

Performance Asset Recovery

                         Defendant.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/10/2014

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference
Motion to Reopen – #9

Date:    June 5, 2014

                                                                David J. Bradley, Clerk