**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Dobie McDevitt, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:13-cv-00683 |
| Performance Asset Recovery, | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**

Dobie McDevitt ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 9, 2014

        Respectfully submitted,

        By /s/ Jody B. Burton

        Jody B. Burton
        LEMBERG LAW L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        E-mail: jburton@lemberglaw.com
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Jody B. Burton
Jody B. Burton